# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 19−11375−smr

Chapter No.: 11

Judge: Shad Robinson

IN RE: **360 Mortgage Group, LLC** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at https://www.zoomgov.com/my/robinson.txwb, via Zoom or by phone. Call−in number:, 669−254−5252 Code: 161 0862 5245

on **10/2/25 at 11:00 AM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 242 Motion To Waive Second Reopening Fee (21 Day Objection Language) filed by Phillip L Lamberson for Creditor Mark Greco . Related document(s) 243 Amended Motion to Reopen Chapter 11 Case, filed by Phillip L Lamberson for Creditor Mark Greco , 243 Amended Motion to Reopen Chapter 11 Case, (21 Day Objection Language) (Filing Fee: $1167.00) filed by Phillip L Lamberson for Creditor Mark Greco ) Hearing Scheduled For 10/2/2025 at 11:00 AM at https://www.zoomgov.com/my/robinson.txwb via Zoom or Call 669−254−5252 Meeting ID: 161 0862 5245 ...COURT REQUESTS THE HEARING... (Lopez, Jennifer)

Dated: 9/2/25

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKap20]

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 19-11375-smr |
| 360 Mortgage Group, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 02, 2025 | Form ID: 163 | Total Noticed: 20 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 360 Mortgage Group, LLC, 6500 River Place Boulevard, Building 7, Suite 250, Austin, TX 78730-1165 |
| cr | + | CourtroomLogic Consulting, LLC, Attn: Kacy Miller, President, 6550 Winton Street, Dallas, TX 75214-2744 |
| intp | + | Daniels & Tredennick LLP, c/o Douglas A Daniels, 6363 Woodway Dr #965, Houston, TX 77057-1713 |
| cr | + | G&I VII Four Points LP, successor to New TPG-Four, c/o Dana S. Plon, Esquire, Sirlin Lesser & Benson, P.C., 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042 |
| cr | + | Mark Greco, 2728 N. Harwood St., Suite 500, Dallas, TX 75201, UNITED STATES 75201-1743 |
| cr | + | Nationstar Mortgage LLC, Foley & Lardner LLP, Attn: Tom Scannell, 2021 McKinney Avenue, Suite 1600, Dallas, TX 75201-3340 |
| intp | + | The Lanier Law Firm PC, c/o W Mark Lanier, 6810 FM 1960 W, Houston, TX 77069-3804 |
| 17878947 | + | Appraisal Nation, 500 Gregson Dr. Suite 120, Cary, NC 27511-6232 |
| 17878957 | + | Courtroom Logic Consulting LLC, 6550 Winton St, Dallas, TX 75214-2744 |
| 17878967 | | FRIEDMAN KAPLAN SEILER & ADELMAN LLP, 7 Times Square, New York, NY 10036-6516 |
| 17878964 | + | Five Brothers Mtg Svcg & Securities, 12220 E 13 Mile Rd Ste 100, Warren, MI 48093-5000 |
| 17878968 | | G&I VII FOUR POINTS LP, PO Box 826745, Philadephia, PA 19182-6745 |
| 17878975 | ++ | GREATAMERICA FINANCIAL SERVICES CORPORATION, PO BOX 609, CEDAR RAPIDS IA 52406-0609 address filed with court:, GREATAMERICA LEASING CORP, PO Box 660831, Dallas, TX 75266-0831 |
| 17878972 | + | George K Baum & Company -, PORTLAND HOUSING, 4801 Main St #500, Kansas City, MO 64112-2551 |
| 17878977 | + | HUD, PO Box 198608, Atlanta, GA 30384-8608 |
| 17878978 | | Humana, PO Box 3226, Milwaukee, WI 53201-3226 |
| 17878995 | + | NewRez LLC, aka New Penn Financial, Jessica C K Boelter, 787 Seventh Ave, New York NY 10019-6018 |
| 17879003 | + | QSLWM, 2001 Bryan St #1800, Dallas, TX 75201-3070 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| intp | + | Email/Text: bankruptcy_notices@freddiemac.com | Sep 03 2025 01:18:00 | Federal Home Loan Mortgage Corporation a/k/a Feddi, 8200 Jones Branch Drive, McLean, VA 22102-3107 |
| cr | ^ | MEBN | Sep 03 2025 01:17:37 | Quilling, Selander, Lownds, Winslett & Moser, P.C., c/o Hudson M. Jobe, 2001 Bryan Street, Suite 1800, Dallas, TX 75201-3070 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | ##+ | Snell Law Firm PLLC, 1615 W 6th St #A, Austin, TX 78703-5078 |

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 2 of 3 |
| Date Rcvd: Sep 02, 2025 | Form ID: 163 | Total Noticed: 20 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2025           Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2025 at the address(es) listed below:**

**Name**     **Email Address**

Catherine E. Gaither
   on behalf of Creditor Castle Mortgage Corporation kgaither@johnstonclem.com klemon@johnstonpratt.com;sbyrd@johnstonpratt.com

Dana S. Plon
   on behalf of Creditor G&I VII Four Points LP successor to New TPG-Four Points, L.P. dplon@sirlinlaw.com

Duston K. McFaul
   on behalf of Interested Party Interested Party dmcfaul@sidley.com txefilingnotice@sidley.com

Hudson M. Jobe
   on behalf of Creditor Quilling Selander, Lownds, Winslett & Moser, P.C. hjobe@jobelawpllc.com, cswoveland@jobelawpllc.com;9222306420@filings.docketbird.com;mberryman@jobelawpllc.com

Jason W. Snell
   on behalf of Interested Party Snell Law Firm PLLC firm@snellfirm.com

Jason W. Snell
   on behalf of Debtor 360 Mortgage Group LLC firm@snellfirm.com

John C. Roy
   on behalf of U.S. Trustee United States Trustee - AU12 croy@krcl.com ajezisek@krcl.com

Jon W Muenz
   on behalf of Plaintiff New REZ LLC f/k/a New Penn Financial LLC jmuenz@sidley.com

Jon W Muenz
   on behalf of Creditor NewRez LLC jmuenz@sidley.com

Kell C. Mercer
   on behalf of Trustee 360 Mortgage Group LLC Plan Trust kell.mercer@mercer-law-pc.com

Kenneth C. Johnston
   on behalf of Creditor Castle Mortgage Corporation kjohnston@johnstonclem.com klemon@johnstonclem.com;klong@johnstonclem.com;sbyrd@johnstonclem.com;mmendoza@johnstonclem.com;rgifford@johnstonclem.com;kgaither@johnstonclem.com;kslemon@ecf.courtdrive.com

Lynn Hamilton Butler
   on behalf of Debtor 360 Mortgage Group LLC lynn.butler@huschblackwell.com, penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com;elizabeth-spivey-5378@ecf.pacerpro.com;lynn-hamilton-butler-2113@ecf.pacerpro.com

Lynn Hamilton Butler
   on behalf of Plaintiff 360 Mortgage Group LLC Plan Trust lynn.butler@huschblackwell.com, penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com;elizabeth-spivey-5378@ecf.pacerpro.com;lynn-hamilton-butler-2113@ecf.pacerpro.com

Maegan N. Quejada
   on behalf of Plaintiff New REZ LLC f/k/a New Penn Financial LLC mquejada@sidley.com, txefilingnotice@sidley.com;maegan-quejada-3302@ecf.pacerpro.com

Maegan N. Quejada

19-11375-smr Doc#246 Filed 09/04/25 Entered 09/04/25 23:37:24 Imaged Certificate of Notice Pg 4 of 4

| District/off: 0542-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 02, 2025 | Form ID: 163 | Total Noticed: 20 |

| | |
|---|---|
| Maegan N. Quejada | on behalf of Creditor NewRez LLC mquejada@sidley.com txefilingnotice@sidley.com;maegan-quejada-3302@ecf.pacerpro.com |
| | on behalf of Plaintiff NewRez LLC f/k/a New Penn Financial, LLC mquejada@sidley.com, txefilingnotice@sidley.com;maegan-quejada-3302@ecf.pacerpro.com |
| Phillip L Lamberson | on behalf of Creditor Mark Greco plamberson@winstead.com |
| Richard G. Grant | on behalf of Creditor CourtroomLogic Consulting LLC rgrant@cm.law, 9647801420@filings.docketbird.com |
| Scott M. Berman | on behalf of Creditor Friedman Kaplan Seiler & Adelman LLP sberman@fklaw.com jshaw@fklaw.com |
| Shane P. Tobin | on behalf of U.S. Trustee United States Trustee - AU12 shane.p.tobin@usdoj.gov gary.wright3@usdoj.gov;Tisha.Savannah@usdoj.gov |
| Stephen W. Wu | on behalf of Creditor Dovenmuehle Mortgage Inc. swu@mwzmlaw.com, txwd@mwzmlaw.com |
| Steven B. Bass | on behalf of Creditor United States of America IRS Steven.Bass@usdoj.gov, lori.wilson@usdoj.gov |
| Timothy Aaron Million | on behalf of Debtor 360 Mortgage Group LLC tim.million@huschblackwell.com |
| United States Trustee - AU12 | ustpregion07.au.ecf@usdoj.gov |
| Veronica F Manning | on behalf of Interested Party Federal Home Loan Mortgage Corporation a/k/a Freddie Mac vmanning@mckoolsmith.com scastillo@mckoolsmith.com |
| Veronica F Manning | on behalf of Interested Party Federal Home Loan Mortgage Corporation a/k/a Feddie Mac vmanning@mckoolsmith.com scastillo@mckoolsmith.com |
| William R Nix, III | on behalf of Defendant Kell Mercer as Trustee for the 360 Mortgage, LLC Plan Trust tnix@krcl.com, ajezisek@krcl.com,tgreenblum@krcl.com |

TOTAL: 27